IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATTY R. CARPER,                                              CV 06-6304-MA

      Plaintiff,                                         JUDGMENT

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

      Defendant.

    Based on the record and the Opinion and order filed herewith, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED and this matter is REMANDED for an immediate award of benefits to the plaintiff.

    DATED this  20  day of December, 2007.

                                                 /s/  Malcolm F. Marsh
                                               Malcolm F. Marsh
                                               United States District Judge

1 - JUDGMENT