FILED'08 MAY 02 14:43USDC-ORP

Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **PATTY R. CARPER,** | |
| Plaintiff, | Civil No. CV 06-6304-MA |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion for Approval, and counsel for Defendant having no objection, Order is hereby granted in the sum of $18,724.50 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $18,724.50 an administrative assessment under 42 USC 406(d) and pay Plaintiff's counsel the balance. Counsel shall refund the EAJA fee of $4785.98 awarded herein to Plaintiff. There are no other costs.

IT IS SO ORDERED this May 2, 2008

Malcolm F. Marsh
U.S. District Judge

1 - ORDER

PRESENTED BY:

By:  /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

2 - ORDER